IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
| | |
|---|---|
| In re : | |
| Inspection of : | |
| : | NO. 22-mj-136 |
| KVK Tech, Inc. : | |
| located at 110 Terry Drive & 100 Campus Drive : | |
| Newtown, PA  18940 : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

AND NOW, this 4th day of February, 2022, upon consent of the United States now that the Occupational Safety and Health Administration (OSHA) has started execution of the warrant for inspection, it is hereby **ORDERED** that this matter, the Application for Inspection Warrant, and all other filings and orders in this matter shall be unsealed.  The Clerk of Court is directed to make the appropriate public docket entry and to make this matter and all filings public.

BY THE COURT:


 /s/ Marilyn Heffley
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE